**No. 41849.**—Protest 839780–G of Algoma Plywood & Veneer Co. (Chicago).

Opinion by DALLINGER, J. Upon more mature deliberation the court was satisfied that the mechanism in question is more than a saw and that it was not the intention of Congress to include it under the provisions of paragraph 340. T. D. 47785 cited. The gang-saw mill in question was therefore held properly classified at 27½ percent under paragraph 372.

**No. 41850.**—Protests 922089–G, etc., of Greenberg & Josefsberg (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel and on the authority of Abstract 39029 the thumb tacks in question were held dutiable under paragraph 331 as claimed.

**No. 41851.**—Protest 848763–G of Steel Union, Inc. (Los Angeles).

Opinion by DALLINGER, J. It was stipulated that the merchandise consists of steel bale ties similar to those the subject of *Wilbur-Ellis* v. *United States* (26 C. C. P. A. 403, C. A. D. 47). The claim for free entry under paragraph 1604 was therefore sustained.